IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:08CR345 |
| vs. | ) ORDER FOR DISMISSAL |
| ANTONIO MARTINEZ-RODRIGUEZ, | ) |
| Defendant. | ) |

Pursuant to Motion of the United States (Filing No. 99), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against ANTONIO MARTINEZ-RODRIGUEZ.

IT IS ORDERED that the Motion to Dismiss without prejudice the Indictment (Filing No. 99) is granted.

Dated this 18th day of October, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge